**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BRIANNA GEPPERT**,

Plaintiff,

v. Case No: 8:26-cv-00157-WFJ-SPF

**THE SHORELINE CLINIC, LLC**, and **JASON IPO**, individually,

Defendants.
_____________________________________/

**ORDER**

Before the Court is Plaintiff Brianna Geppert's Motion for Final Default Judgment against both Defendants. Dkt. 25. United States Magistrate Judge Sean P. Flynn issued a report and recommendation that Plaintiff's Motion be granted. Dkt. 26. The Report and Recommendation is deemed unopposed, as no objections have been filed and the time for doing so has passed. *See* Local Rules 3.01(d).

"[I]n determining whether to accept, reject, or modify the magistrate's report and recommendations, the district court has the duty to conduct a careful and complete review." *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam) (citation omitted); see 28 U.S.C. § 636(b)(1). If a party objects to a report and recommendation, the district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). However, if no such objections are filed, the district court

reviews the factual findings of the report and recommendation for "clear error," but reviews its legal conclusions de novo. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *see also Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (citing *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)).

Having performed an independent review of the file, and for the sound reasons explained in the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation, Dkt. 26, is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and made a part of this order.
2. Plaintiff's Motion for Final Default Final Judgment on Counts I, II, and VI of her Complaint, Dkt. 25, is **GRANTED**.
3. Plaintiff's remaining claims (Counts III, IV, V, VII, and VIII), Dkt. 1 at 23–26, 27–28, are dismissed without prejudice.
4. Plaintiff is awarded $54,754.71 against Defendants, jointly and severally, as follows: unpaid overtime compensation in the amount of $10,237.50, and an equal amount in liquidated damages; $14,400.00 in lost wages, and an equal amount in liquidated damages; and $5,479.71 in unpaid wages.
5. The Clerk is directed to enter final default judgement in favor of Plaintiff Brianna Geppert and against Defendants The Shoreline Clinic, LLC, and Jason Ipo, jointly and severally, in the total amount of $54,754.71.

6. The Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida, on October 8, 2026.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record